JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
Telephone: 531-5517

Attorney for Defendant
JOHN MICHAEL WALDROUPE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00279-02 JMS |
| | CR. NO. 05-00219-01 JMS |
| Plaintiff, | |
| | DEFENDANT JOHN WALDROUPE'S |
| vs. | SENTENCING STATEMENT; |
| | CERTIFICATE OF SERVICE |
| JOHN MICHAEL WALDROUPE, | Date: February 13, 2006. |
| | Time: 3:00 P.M. |
| Defendant. | Judge: J. MICHAEL SEABRIGHT |

DEFENDANT JOHN WALDROUPE'S SENTENCING STATEMENT

After review of the draft presentence report, DEFENDANT JOHN WALDROUPE, by and through his counsel, files the following statement in response said draft presentence report proposed by United States Probation Officer Rosanne Donohoe.

As to the report in general, Mr. Waldroupe believes it fairly and accurately represents the various matters addressed and accordingly has no objection to same.

However, as to the discussion in Paragraph 12 under Part A. THE OFFENSE; Charges and Convictions, Mr. Waldroupe represents that he was in the Special Holding Unit for

6+ months and respectfully asks the Court to consider those sanctions which he has already suffered in determining a fair sentence..

Furthermore, in Paragraph 25 Under Adjustment for Acceptance of Responsibility, Mr. Waldroupe represents that he was aware of the drugs recovered in the night stand and accepts responsibility for that, however, those drugs belonged to Mr. Ocampo (See Paragraph 21).

Finally, we respectfully ask the Court to find that Mr. Waldroupe meets the criteria in 18 U.S.C. Sections 3553(f)(1)-(5) and impose a sentence without regard to a statutory minimum sentence.

Mr. Waldroupe respectfully asks the Government to file a Motion For Downward Departure pursuant to the Memorandum of Plea Agreement and because of his cooperation in the investigation.

Mr. Waldroupe regrets his misconduct.

DATED: Honolulu, Hawaii, January 20, 2006.

JEFFREY T. ARAKAKI
Attorney for JOHN MICHAEL WALDROUPE

-3-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly hand delivered to the following:

BEVERLY WEE SAMESHIMA, ESQ.
Assistant United States Attorney
Rm. 6-100, 300 Ala Moana Blvd.
Honolulu, HI 96850

ROSANNE DONOHOE
U.S. Probation Officer
U.S. Courthouse, Room C-110
300 Ala Moana Blvd.
Honolulu, Hawaii

DATED: Honolulu, Hawaii, JAN 24, 2006.

JEFFREY ARAKAKI